# UNITED STATES DISTRICT COURT
## Southern District of Florida

FILED by _____ D.C.
MAY - 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
OF FLA. FT. LAUD.

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | Case Number: CR |
| V.S.<br>MICHELLE BLACKWOOD<br>Defendant | REPORT COMMENCING<br>CRIMINAL ACTION<br>60644-004 |

TO: Clerk's Office   U.S. District Court

Miami     Ft. Lauderdale     (W. Palm Beach)
          (Circle One)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or unknown will be indicated "N/A"

(1) Date and Time of Arrest: __5/4/00   2:49 pm__

(2) Language Spoken: __ENGLISH__

(3) Offense (s) Charged: 21USC952-UNLAWFUL IMPORTATION OF NARCOTICS
    21USC841(A) - POSS. W/H INTENT TO DISTR. NARCOTICS

(4) U.S. Citizen    (X) Yes    ( ) No    ( ) Unknown

(5) Date of Birth: __7-29-73__

(6) Type of Charging Document:  (Check One)
    ( ) Indictment   (X) Complaint   To be filed/Already filed

CASE# _____
N/A ( ) Bench Warrant for Failure to Appear
N/A ( ) Probation Violation Warrant
N/A ( ) Parole Violation Warrant

Originating District: __N/A__
COPY OF WARRANT LEFT WITH BOOKING OFFICER ( ) YES   ( ) NO   N/A

Amount of Bond: $_____ Who set Bond: _____
(7) Remarks: _____

(8) Date: __5/4/00__   (9) Arresting Officer: __HERIBERTO (Eddie) CRUZ S/A USCS__
(10) Agency: __U.S. CUSTOMS SERVICE__   (11) PHONE: __954-921-3509__
(12) Comments: _____

3 OV