UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-4096-AMS

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

vs.    :

MICHELE BLACKWOOD,    :

    Defendant.    :
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this ___8___ day of May, 2000 to the United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

                                                Samuel J. Smargon

S:\SMARGON\Blackwood-ASSIGN