UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6115**

21 USC § 841(a)
21 USC § 846      CR - DIMITROULEAS
21 USC § 952
21 USC § 963      **MAGISTRATE JUDGE**
18 USC § 2                **SNOW**

UNITED STATES OF AMERICA,

Plaintiff,

MICHELE BLACKWOOD and
KIRK STEWART,

Defendants.
_____/



The Grand Jury charges that:

### INDICTMENT

### COUNT I

In or about April 2000 through May 4, 2000, the exact dates being unknown to the Grand Jury, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

MICHELE BLACKWOOD and
KIRK STEWART,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons unknown to the Grand Jury to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and



substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

## COUNT II

On or about May 4, 2000, at Broward County, in the Southern District of Florida, the defendants,

### MICHELE BLACKWOOD and
### KIRK STEWART,

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a) and Title 18, United States Code, Section 2.

## COUNT III

In or about April 2000 through May 4, 2000, the exact dates being unknown to the Grand Jury, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

### MICHELE BLACKWOOD and
### KIRK STEWART,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons unknown to the Grand Jury to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a

2

detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

## COUNT IV

On or about May 4, 2000, at Broward County, in the Southern District of Florida, the defendants,

MICHELE BLACKWOOD and<br>KIRK STEWART,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

THOMAS E. SCOTT
UNITED STATES ATTORNEY

LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY

3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:   MICHELE BLACKWOOD          No.: _____

**Count #:1**
Conspiracy to Import Cocaine

Title 21, United States Code, Section 963

*Max. Penalty: Mandatory Minimum 5 Years' up to 40 years' Imprisonment and a $2,000,000 fine

**Count #:2**
Importation of Cocaine

Title 21, United States Code, Section 952(a)

*Max. Penalty: Mandatory Minimum 5 Years' up to 40 years' Imprisonment and a $2,000,000 fine

**Count #:3**
Conspiracy to Possess Cocaine with Intent to Distribute

Title 21, United States Code, Section 846

*Max. Penalty: Mandatory Minimum 5 Years' up to 40 years' Imprisonment and a $2,000,000 fine

**Count #:4**
Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: Mandatory Minimum 5 Years' up to 40 years' Imprisonment and a $2,000,000 fine
Count #:


*Max. Penalty:
Count #:


*Max. Penalty:
Count #:


*Max. Penalty:
**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: KIRK STEWART            No.: _____

**Count #:1**
Conspiracy to Import Cocaine

Title 21, United States Code, Section 963

*Max. Penalty: Mandatory Minimum 5 Years' up to 40 years' Imprisonment and a $2,000,000 fine

**Count #:2**
Importation of Cocaine

Title 21, United States Code, Section 952(a)

*Max. Penalty: Mandatory Minimum 5 Years' up to 40 years' Imprisonment and a $2,000,000 fine

**Count #:3**
Conspiracy to Possess Cocaine with Intent to Distribute

Title 21, United States Code, Section 846

*Max. Penalty: Mandatory Minimum 5 Years' up to 40 years' Imprisonment and a $2,000,000 fine

**Count #:4**
Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: Mandatory Minimum 5 Years' up to 40 years' Imprisonment and a $2,000,000 fine

Count #:


*Max. Penalty:
Count #:


*Max. Penalty:
Count #:


*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v.<br>MICHELE BLACKWOOD and<br>KIRK STEWART | **CERTIFICATE OF TRIAL ATTORNEY*** |
| | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)    Yes ____    No x____
Number of New Defendants    ____
Total number of counts    ____

____ Miami    ____ Key West
x____ FTL    ____ WPB ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) **NO**_____
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | X____ | Petty | ____ |
   | II | 6 to 10 days | ____ | Minor | ____ |
   | III | 11 to 20 days | ____ | Misdem. | ____ |
   | IV | 21 to 60 days | ____ | Felony | X____ |
   | V | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No) ____
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) **YES**_____
   If yes:
   Magistrate Case No.    00-4096-SIMONTON_____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of May 4, 2000 _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) **NO**_____

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes **X** No    If yes, was it pending in the Central Region? ___ Yes ___ No

*[signature]*
LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 343226

*Penalty Sheet(s) attached

REV 4/7/99