

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6115-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Michele Blackwood

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 5-10-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT: Address: IN CUSTODY

Telephone:

DEFENSE COUNSEL: Name: FPD

Address:

Telephone:

BOND SET/CONTINUED: $ 500,000 Corp. Surety w/ nebbia Stipulated—both sides reserving right to proceed with PTD hearing at a later date

Bond hearing held: yes___ no_x_ Bond hearing set for n/a

Dated this 10 day of May, 20 00.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK

By: /s/ Deputy Clerk

Tape No. 00-034

cc: Clerk for Judge
U. S. Attorney