| | | | |
|---|---|---|---|
| DEFT: | Michele Blackwood (J)# | CASE NO: | 00-6115-CR-Dimitrouleas 00-4096-AMS |
| AUSA: | Lynn Rosenthal present | ATTNY: | FPD /Sam Smargon |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD Hearing / Arraignment | BOND REC: | |

FILED by ____ D.C.
MAY 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

___ BOND SET @   $500,000 Corp Surety _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

No Bond. hrg held. Both sides stipulate to a $500,000 Corp Surety w/ Nebbia reserving rights to procced w/ a PTD hearing at a later date

Reading of Indictment waived ✓
Not Guilty plea entered ✓
Jury trial demanded
Standing Discovery Order requested ✓

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL X X | | | |
| STATUS CONFERENCE: | 5-25-00 | 11:00am | SNOW |

DATE: 5-10-00   TIME: 10:00am   TAPE # 00-034   PG # 2
1605-1730