# CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6115-CR-WPD    DATE: May 31, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Michelle Blackwood

U.S. ATTORNEY: Lyn Rosenthal    DEFT. COUNSEL: Jack Smurgin APD

REASON FOR HEARING: change of plea

RESULT OF HEARING: Deft sworn & questioned by the court. Deft to plead guilty to Count 1. Gov agrees to dismiss Counts 2, 3, 4 at sentencing; court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 8/3/00    TIME: 8:45    FOR: Sentencing

MISC: Written plea agreement filed.

