UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6115-CR-DIMITROULEAS

UNITED STATES OF AMERICA

v.

GOVERNMENT'S RESPONSE TO
DEFENDANT'S SENTENCING
MEMORANDUM

MICHELE BLACKWOOD

_____/

The United States of America, by and through the undersigned Assistant United States Attorney responds to defendant Blackwood's sentencing memorandum and opposes the defendant's motion for downward departure. As rounds therefor, the government states:

1. The defendant does not qualify for a "minimal" role downward departure under U.S.S.G. § 3B1.2, as she admittedly was involved in more than a single importation with the same co-conspirators. See application Note 2, §3B1.2

2. The defendant should not receive a "minor" role because she has not been held accountable for her prior importation. Where a defendant receives a lower offense level by virtue of an offense less significant than her actual



conduct, a minor role is not warranted. See Application Note 4, §3B1.1

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 343226
U.S. COURTHOUSE/FEDERAL BUILDING
500 E. BROWARD BOULEVARD
FORT LAUDERDALE, FLORIDA 33301
Tel.# 305/356-7254

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered on this 21st day of July 2000, to: Samuel Smargon, Assistant Federal Public Defender, 201 N.E. 2nd Ave, Fort Lauderdale Florida 33301

LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY
