## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6115 CR-WPD    DATE: 8/3/00
COURTROOM CLERK: ~~Karen A. Carlton~~ Deloris McIntosh    COURT REPORTER: Bob Ryckoff
PROBATION: Katherine Gomez    INTERPRETER: _____
UNITED STATES OF AMERICA    vs.  Michele Blackwood (1)
U.S. ATTORNEY: Lynn Rosenthal / Robin Rosenbaum    DEFT. COUNSEL: Samuel Smargon
REASON FOR HEARING: Sentencing
RESULT OF HEARING: 15 months BOP as to Count 1 3 years Supervised Release and $100 Special Assessment Recommend BOP near Plainfield, New Jersey

JUDGMENT: _____

CASE CONTINUED TO: _____  TIME: _____  FOR: _____
MISC: _____

